```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
_____

MARGARET WILSON,                )
                                )
    Plaintiff,                  )
                                )
v.                              )   No. 2:10-cv-02648-JPM-tmp
                                )
SHARP MANUFACTURING CO. OF      )
AMERICA,                        )
                                )
    Defendant.                  )
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

    Pending before the Court is the Report and Recommendation of Magistrate Judge Tu M. Pham, submitted January 27, 2012 (Docket Entry ("D.E.") 29), recommending that the Court grant Defendant Sharp Manufacturing Company of America's ("Sharp") Motion for Summary Judgment (D.E. 14).  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

    Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety, and GRANTS Defendant's Motion for Summary Judgment.

    So ORDERED this 14th day of February, 2012.

                                    /s/ JON PHIPPS McCALLA
                                    CHIEF UNITED STATES DISTRICT JUDGE